# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
No. 25-1577V

|  |  |
|---|---|
| ABIGAIL BONOFF, | Chief Special Master Corcoran |
| Petitioner, |  |
| v. | Filed: May 18, 2026 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, |  |
| Respondent. |  |

*Daniel Alholm, Alholm Law, PC, Chicago, IL, for Petitioner.*

*Mikaela Torbert, U.S. Department of Justice, Washington, DC, for Respondent*

### RULING ON ENTITLEMENT[1]

On September 22, 2025, Abigail Bonoff filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA"), a defined Table injury, or in the alternative caused-in-fact injury, after receiving two meningococcal vaccines on April 24, 2024. Petition at ¶¶ 1, 22, 24c.[3] Petitioner also alleges that she received the vaccines within the United States, that she suffered the residual effects of her SIRVA for more than six months, and that neither she

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

[3] Petitioner mistakenly labeled three sections using the Arabic numeral 24. I am designating them as sections 24a – 24c. *See* Petition, ECF No. 1.

nor any other party has filed a civil action or received compensation for her alleged SIRVA. *Id.* at ¶¶ 1, 22-24a. The case was assigned to the Special Processing Unit of the Office of Special Masters.

Respondent concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 2, 5. Respondent believes that "based on the current record, [P]etitioner has satisfied all requirements for compensation under the Act." *Id*. at 5.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master